(No. 4774.   July 28, 1927.)

AARON STEADMAN, Respondent, v. W. E. JAEGER, Appellant.

[258 Pac. 1082.]

APPEAL from the District Court of the Eighth Judicial District, for Bonner County. Hon. Charles L. Heitman, Judge.

Action for damages for personal injuries. Judgment for plaintiff. *Reversed.*

Allen P. Asher and Danson, Lowe & Danson, for Appellant.

Myrvin Davis, for Respondent.

T. BAILEY LEE, J.—This case is controlled in principle by the decision just announced in *Arbie M. Dale v. W. E. Jaeger, ante,* p. 576, 258 Pac. 1081.

Judgment reversed, with instruction to the trial court to dismiss the action. Costs to appellant.

Wm. E. Lee, C. J., and Budge and Givens, JJ., concur.

Taylor, J., took no part.

Petition for rehearing denied.